# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| Mary Hoffer, | ) | |
| | ) | No. 13-CV-855 PJS/AJB |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | **RULE 7.1 CORPORATE** |
| TD Auto Finance, | ) | **DISCLOSURE STATEMENT** |
| | ) | |
| Defendant. | ) | |

Defendant TD Auto Finance is a foreign limited liability company organized in Michigan with its principal place of business in Farmington Hills, MI; it is an indirect subsidiary and is wholly owned by its parent company, The Toronto-Dominion Bank; The Toronto-Dominion Bank is a publically held company which is traded on the New York Stock Exchange under the symbol TD; and The Toronto-Dominion Bank indirectly owns 10% or more of TD Auto Finance.

Dated: May 6, 2013					**McMAHON LAW FIRM LLC**

						By    /s/ Brian L. McMahon
						       Brian L. McMahon (#295863)
						332 Minnesota Street, Suite W1450
						St. Paul, Minnesota 55101
						Telephone: (651) 602-6267
						Facsimile: (651) 344-0883
						brian@mcmahonlawmn.com
						www.mcmahonlawmn.com

						**ATTORNEY FOR DEFENDANT**
						**TD AUTO FINANCE**